```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING THE CELLULAR TELEPHONE ASSIGNED NUMBER:<br><br>**(931) 434-3320** | 3:14-SW-0008 CMK<br><br>**ORDER** |

1.  Application having been made by the United States for an Order pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c)(1)(A), authorizing agents of the United States Federal Bureau of Investigation ("FBI") to ascertain the physical location of the cellular telephone assigned call number: 931-434-3320 (**TARGET CELL PHONE**), subscriber "Linda Barger, 2250 Roberts Ridge Road, Manchester, Tennessee" with service provided by Cellco Partnership dba Verizon Wireless including, but not limited to, E-911 Phase II data (or other precise location information), for the period of March 8, 2014 to March 10, 2014, and historical call

7

1  data from December 1, 2013 to March 10, 2014. The Court finds that
2  there is probable cause to believe that the Requested Information
3  will constitute or lead to evidence of violations of 18 U.S.C.
4  § 2423(a). Furthermore, the execution of this search warrant will
5  not result in the seizure of any tangible property or any wire or
6  electronic communication (as defined in 18 U.S.C. § 2510). To the
7  extent that the warrant authorizes the seizure of any stored wire or
8  electronic information, that seizure is expressly authorized by 18
9  U.S.C. § 2703(c)(1)(A).

10      IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal
11  Procedure 41 and 18 U.S.C. § 2703(c)(1)(A) that agents of the FBI,
12  beginning at any time within ten days of the date of this Order may
13  use and access the information and data received from Cellco
14  Partnership dba Verizon Wireless, which includes subscriber
15  information, historical call data (toll records) from December 1,
16  2013 to March 10, 2014 with cell tower location data, and precision
17  location (ping) data from March 8, 2014 to March 10, 2014 for the
18  target cell phone, which expressly excluded the contents of any
19  communications conducted by the users of the **TARGET CELL PHONE**.

22  DATED: March 18, 2014

HON. CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

8